No. 12,913.

THE STATE OF LOUISIANA VS. FRANK M. ROBERTSON.

51   159
f52  1818

SYLLABUS.

When the accused is at large, having escaped from custody, his appeal from the

sentence will not entitle him to a hearing on the appeal, and it will be dis·missed.

O N APPEAL from the Fourth Judicial District Court for the Parish of Jackson. *Machen, J.*

*M. J. Cunningham,* Attorney General, and *A. B. Hundley,* District Attorney, for Plaintiff and Appellee.

*Price & Edwards* for Defendant and Appellant.

Submitted on brief November 26, 1898.
Opinion handed down January 23, 1899.

The opinion of the court was delivered by

MILLER, J. The accused, convicted of mansluaghter, takes this appeal from the sentence.

We have no brief on behalf of the accused, explained, we presume, by the motion to dismiss, based on the escape from jail of the accused pending the appeal, shown by the affidavit of the sheriff accompanying the motion. The accused still at large, cannot be heard in support of his appeal.

It is therefore ordered, adjudged and decreed that the appeal herein be dismissed.